UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TONI LYNN CHARLES** | **CIVIL ACTION** |
| **VERSUS** | **NO: 08-40** |
| **JETBLUE AIRWAYS CORPORATION** | **SECTION: "K"(5)** |

## ORDER VACATING MAGISTRATE REFERRAL

The Court having been informed that the parties do not consent to proceed before the Magistrate Judge pursuant to 28 U.S.C. 636(c), doc. 8 in the record.

Accordingly, the referral issued in this matter is rescinded, vacated and set aside. All further proceedings will be held before the District Court Judge.

New Orleans, Louisiana this   24th   day of March, 2008.

*[signature]*

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

___Fee_____
___Process_____
___Docket_____
___CtRm Dep_____
___Document No._____